# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN EDELMAN, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 3:11-cv-01121 |
| v. | ) |
| | ) |
| BELSHEIM & BRUCKERT, L.L.C., et al. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL OF DEFENDANT BELSHEIM & BRUCKERT, LLC

COME NOW the Parties, by and through their undersigned counsel, and hereby stipulate to the dismissal of Counts 1-3 of Plaintiffs' Fourth Amended Petition against Belsheim & Bruckert, LLC, with prejudice. Each party to bear its/his own costs.

**CAPES, SOKOL, GOODMAN & SARACHAN, P.C.**


By: /s/ Mark E. Goodman
    Mark E. Goodman, IL Bar No. 06208518
    Drey A. Cooley, IL Bar No. 6291482
    7701 Forsyth Blvd., 12th Fourth Floor
    St. Louis, Missouri 63105
    Telephone: (314) 505-5430
    Facsimile: (314) 505-5431
    goodman@capessokol.com
    cooley@capessokol.com

*Attorneys for Plaintiffs*

**KONICEK & DILLON PC**


By: /s/ Daniel F. Konicek (w/consent)
    Daniel F. Konicek
    Michael Corsi
    21 West State Street
    Geneva, IL 60134
    dan@konicekdillonlaw.com
    mcorsi@konicekdillonlaw.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on April 23, 2013 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties of record.

                                                               <u>/s/ Mark E. Goodman</u>