# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

**STEVEN EDELMAN, et. al.,**

*Plaintiff*

v.

**BELSHEIM & BRUCKERT, LLC. et. al.,**

*Defendant*

Case Number: 3:11-cv-1121-DGW

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that:

☒ Judgment entered in favor of Defendant Belco Title & Escrow, LLC.

This action was:

☐ tried by a jury with Judge  presiding, and the jury has rendered a verdict.

☐ tried by Judge  without a jury, and the above decision was reached.

☒ decided by Judge Donald G. Wilkerson on a Motion for Summary Judgment.

☐ other:

NANCY J. ROSENSTENGEL, Clerk of Court

By: *s/Jackie Payton*
Deputy Clerk

Approved by:

*s/Donald G. Wilkerson*
DONALD G. WILKERSON
U.S. MAGISTRATE JUDGE